UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

NATIONSTAR MORTGAGE LLC,        )
                                )
        Plaintiff                )
                                )
v.                              )   No. 2:16-cv-00512-JDL
                                )
JMMKC CORPORATION, et al.,      )
                                )
        Defendants              )


## MEMORANDUM DECISION ON PLAINTIFF'S MOTION TO ALLOW SERVICE BY ALTERNATIVE METHOD

The plaintiff has moved for permission to serve defendants Lois M. Alhquist and Joel A. Nason by alternative means, specifically by leaving a copy of the summons and complaint at an address in Lewiston, Maine, that it characterizes as their usual place of abode. ECF No. 7. Because the motion is incomplete, it is denied without prejudice.

The plaintiff has failed to submit the draft proposed order to provide the requested form of service that is required by Maine Rule of Civil Procedure 4(g)(1) and (2). *See, e.g., Camden Nat'l Bank v. Reid*, No. 2:13-cv-376-DBH, 2014 WL 1320944, at *1 (D. Me. Mar. 28, 2014) (alternative service in this court governed by Maine Rule of Civil Procedure 4).

In addition, the plaintiff's motion is deficient in several other respects. The draft order should include service in some manner upon the unspecified "different address in Lewiston, Maine," Affidavit of David Therrien in Support of Motion for Extension of Time to Complete Service of Process on the Defendants Lois M. Alhquist and Joel A. Nason (ECF No. 7-1) ¶ 13, to which certified mail addressed to Lois M. Alhquist was apparently forwarded. Furthermore, the

Therrien affidavit and the plaintiff's Statement of Material Facts also submitted in support of plaintiff's motion do not identify (1) "this office" to which the affidavit of David Therrien (ECF No. 7-1) refers, (2) the employment and/or employer of Mr. Therrien, or (3) "this office" to which the plaintiff's Statement of Material Facts (ECF No. 8) refers.

The plaintiff's motion, as filed, is denied; the plaintiff is granted leave to file a new motion addressing the missing information discussed herein, should it elect to do so.

### *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the district court and to any further appeal of this order.*

Dated this 29th day of December, 2016.

/s/ John H. Rich III
John H. Rich III
United States Magistrate Judge